FILED
2010 Sep-27  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CORNELIUS WILLIAMS,** | } | |
| | } | |
| **Petitioner,** | } | |
| | } | |
| **v.** | } | **CASE NO. 2:09-cv-1759-SLB-HGD** |
| | } | |
| **DAVID WISE, Warden, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } } } | |
| | } | |
| **Respondents.** | } | |

## MEMORANDUM OPINION

On June 25, 2010, the Magistrate Judge filed a Report and Recommendation, recommending that petitioner Cornelius Williams's (the "Petitioner") petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied.  (Doc. 9.)[1]  In the Report and Recommendation, the Magistrate Judge informed Petitioner that he could object to the Report and Recommendation, but that, to do so, he must file the objections within fourteen (14) days from the date the Report and Recommendation was entered.  (*Id*. at 12.)  The Magistrate Judge specifically stated that "[f]ailure to do so w[ould] bar any later challenge or review of the factual findings of the magistrate judge."  (*Id.*)  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

Judge's Report is due to be and is hereby **ADOPTED**, and the Recommendation is

**ACCEPTED**.  Accordingly, Petitioner's Petition for Writ of Habeas Corpus is due to be

denied.  An Order in accordance with this Memorandum Opinion will be entered

contemporaneously.

The Clerk of the Court is **DIRECTED** to provide a copy of this Memorandum

Opinion to Petitioner at the following address:

Cornelius Williams
230476
St. Clair Correctional Facility
Springville, AL 35146

**DONE**, this 27th day of September, 2010.

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE